# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY GREENBERG | : | |
|     Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 16-6353 |
| SCHOLASTIC, INC. | : | |
|     Defendant. | : | |

## ORDER

AND NOW, this 28th day of March, 2018, upon consideration of: Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (Doc. No. 13); Plaintiff's Response thereto (Doc. No. 14); and, Plaintiff's Supplemental Authority (Doc. No. 15), it is hereby ORDERED that Defendant's Motion is GRANTED in PART and DENIED in PART. It if further ORDERED that on or before April 11, 2018, Plaintiff shall file a Second Amended Complaint in accordance with this Court's accompanying Memorandum.

BY THE COURT:

/s/ C. Darnell Jones, II   J.