# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY GREENBERG<br>    Plaintiff, | : | |
| v. | : | CIVIL ACTION<br>NO. 16-6353 |
| SCHOLASTIC, INC.<br>    Defendant. | : | |

## ORDER

AND NOW, this 30th day of November, 2018, upon consideration of Plaintiff's Motion for Clarification and for Leave to Amend (ECF No. 18) and Defendant's Response thereto (ECF No. 19), it is hereby ORDERED that said Motion is GRANTED in accordance with this Court's accompanying Memorandum.

It is further ORDERED that Plaintiff shall file a Second Amended Complaint[1] on or before December 28, 2018.

BY THE COURT:

/s/ C. Darnell Jones, II

_____
C. Darnell Jones, II    J.

---

[1] Plaintiff's Motion contained a proposed Second Amended Complaint. However, for the reasons set forth in this Court's Memorandum, said Complaint is deficient and shall not be filed. Therefore, the Amended Complaint Plaintiff files in accordance with this Order will be his second.